**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TUAN BUI,<br><br>        Petitioner,<br><br>    v.<br><br>MARKWAYNE MULLIN,[1] ET AL.,<br><br>        Respondents. | Case No. 5:25-cv-03370-RGK-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus (Dkt. 1), the Report and Recommendation of the United States Magistrate Judge (Dkt. 28), and all the records and files herein. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is GRANTED. Respondents are enjoined from re-detaining Petitioner absent compliance with 8 C.F.R. § 241.13(i)(2) and 8

---

[1] Markwayne Mullin was sworn in as the Secretary of the Department of Homeland Security ("DHS") on March 24, 2026, and is therefore substituted in for Kristi Noem. See Fed. R. Civ. P. 25(d).

C.F.R. § 241.4(l), which includes refraining from re-detaining Petitioner unless there are changed circumstances that necessitate a significant likelihood that Petitioner will be removed in the reasonably foreseeable future, as well as ensuring Petitioner receives an informal interview before re-detention.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as all Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 5/1/2026

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

2