**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TUAN BUI,

      Petitioner,

      v.

MARKWAYNE MULLIN,[1] ET AL.,

      Respondents.

Case No. 5:25-cv-03370-RGK-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is GRANTED.  Respondents are enjoined from re-detaining Petitioner absent compliance with 8 C.F.R. § 241.13(i)(2) and 8 C.F.R. § 241.4(l), which includes refraining from re-detaining Petitioner unless there are changed circumstances that necessitate a significant

---

[1] Markwayne Mullin was sworn in as the Secretary of the Department of Homeland Security ("DHS") on March 24, 2026, and is therefore substituted in for Kristi Noem.  See Fed. R. Civ. P. 25(d).

likelihood that Petitioner will be removed in the reasonably foreseeable future, as well as ensuring Petitioner receives an informal interview before re-detention.

DATED: 5/1/2026

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

2